550

COMPLAINT BY A PRISONER UNDER THE
CIVIL RIGHTS ACT, 42 U.S.C 1983

NAME __WEAVER__  __WILLIE__
     (LAST)      (FIRST)   (INITIAL)

PRISONER NUMBER  J-91389

INSTITUTIONAL ADDRESS  PELICAN BAY
STATE PRISON P.O. BOX 7000
CRESCENT CITY CA. 95531.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08    1583

WILLIE WEAVER
(ENTER THE FULL NAME
OF PLAINTIFF IN THIS
ACTION)

VS.

INTERNAL AFFAIRS
CLERK UNITED STATES
DISTRICT COURT NORTHERN
DISTRICT OF CALIFORNIA
(ENTER THE FULL NAME
OF DEFENDANT IN THIS ACTION)

CASE NO. _____
(TO BE PROVIDED
BY THE CLERK
OF COURT

COMPLAINT UNDER
THE CIVIL RIGHT
ACT 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT
FORM MUST BE ANSWERED IN ORDER
FOR YOUR ACTION TO PROCEED...)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES
   NOTE! YOU MUST EXHAUST YOUR AD-
   MINISTRATIVE REMEDIES BEFORE
   CLAIM CAN GO FORWARD, THE COURT
   WILL DISMISS ANY UNEXHAUSTED
   CLAIMS)
A. PLACE OF PRESENT CONFINEMENT P.S.P
B. IS THERE A GRIEVANCE PROCEDURE
   IN THIS INSTITUTION? YES (✓) NO ( )
C. DID YOU PRESENT THE FACTS IN
   YOUR COMPLAINT FOR REVIEW THROUGH
   THE GRIEVANCE PROCEDURE? YES (✓)
   NO ( )
D. IF YOUR ANSWER IS YES, LIST THE
   APPEAL NUMBER AND THE DATE AND
   RESULT OF THE
   COMPLAINT     -1-

STATEMENT OF CLAIM
State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and how to include dates, when possible do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

The clerk of court is sending plaintiff notice of appeal back not stamped from the courts Case no. CV-07-5961 Correctional Officer Danial came back without original filed, are the proper date no date of when was it filed are what clerk filed what. The defendants showed deliberate indifference under the eight amend- -ment that constitue cruel unusual punishment.

IV. RELIEF.
Your complaint cannot go forward unless you request specific relief state briefly exactly what you want are the court to do for you. make no legal arguments: cite no cases or statutes.
   Liability Damages: 25,000 twenty five thousand dollars due to harrassment's, conspiracy's, United States constitional violation, penal code violation
   Punitive Damages: 25,000 twenty five thousand dollars due to: mental anguish, stress disorder.

I declare under penalty of perjury that the forgoing is true and correct.

Signed this __03__ day of __16__ 2008

COMPLAINT        -3-

APPEAL AT EACH LEVEL OF REVIEW, IF YOU DID NOT PURSOE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.
1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU?
   YES ( ✓ )     NO ( )

F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE, EXPLAIN WHY. _____ STILL BEING PROCESSED _____

II. PARTIES

A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS, DO THE SAME FOR ADDITIONAL PLAINTIFF, IF ANY. WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

B. WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT.
    INTERNAL AFFAIRS (CLERK) OF UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

COMPLAINT     - 2 -

WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7600
CRESCENT CITY, CA.
95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

**PELICAN BAY P.S.U. UNIT B-2**

CONFIDENTIAL
LEGAL MAIL